PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiffs
KIM SERKES; MARY LOU BRESLIN
as executor of the estate of KIM SERKES;
MARIAN BLACKWELL-STRATTON

EUGENE B. ELLIOT (SBN 111475)
BERTRAND, FOX, & ELLIOT
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Attorneys for Defendants
CITY OF RICHMOND

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM SERKES; MARY LOU BRESLIN as executor of the estate of KIM SERKES; MARIAN BLACKWELL-STRATTON<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND; DOES 1through 10, Inclusive,<br><br>  Defendants.<br>_____/ | CASE NO. C12-2976 EDL<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiffs KIM SERKES, MARY LOU BRESLIN as representative of the estate of KIM SERKES, and MARIAN BLACKWELL-STRATTON, and defendant CITY OF RICHMOND hereby jointly stipulate and request through

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE
CASE NO. C12-2976 EDL                    -1-    S:\CASES\RICHMOND PLUNGE\PLEADINGS\Stipulations\Stip to Continue CMC.wpd

their attorneys of record that the Court grant a continuance of the Case Management Conference from April 14, 2014, to May 5, 2014, or a date thereafter agreeable to the court. This request is based on the following good cause:

1. Plaintiffs' counsel has a scheduling conflict on April 14, 2014, a mediation in another matter.
2. Defense counsel also has a conflict on April 14, 2014.
3. Both parties are available on May 5, 2014.
4. Defense Counsel is unavailable on May 12, 2014, May 19, 2014, and May 26, 2014.
5. Plaintiffs and defendant therefore jointly stipulate and request the Case Management Conference be continued from April 14, 2014, to May 5, 2014, and that the Joint Case Management Conference Statement shall be due one week prior to the conference.

Dated: April 3, 2014

PAUL L. REIN
CELIA McGUINNESS
LAW OFFICES OF PAUL L. REIN

   /s/ Celia McGuinness
By: CELIA McGUINNESS
Attorneys for Plaintiff
ARMANDO RODRIGUEZ

Dated: April 3, 2014

EUGENE B. ELLIOT
BERTRAND, FOX, & ELLIOT

   /s/ Eugene B. Elliot
By: EUGENE B. ELLIOT
Attorneys for Defendants
CITY OF RICHMOND

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE
CASE NO. C12-2976 EDL      -2-      S:\CASES\RICHMOND PLUNGE\PLEADINGS\Stipulations\Stip to Continue CMC.wpd

# ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. The Case Management Conference in the above captioned case is hereby continued from April 14, 2014, to May 6, 2014 at 11:00 a.m. A Joint Case Management Conference statement shall be due one week prior to the conference on April 29, 2014

Dated: April 4, 2014

*Elizabeth D. Laporte*
Honorable ELIZABETH D. LAPORTE
Chief Magistrate Judge

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE
CASE NO. C12-2976 EDL                -3-        S:\CASES\RICHMOND PLUNGE\PLEADINGS\Stipulations\Stip to Continue CMC.wpd