1  Paul L. Rein, Esq.  (SBN 43053)
   Celia McGuinness, Esq. (SBN 159420)
2  Catherine M. Cabalo, Esq. (SBN 248198)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  (510) 832-5001
   Facsimile:  (510) 832-4787
5  E-mail:   reinlawoffice@aol.com

6  Attorneys for Plaintiffs
   KIM SERKES; MARY LOU BRESLIN
7  as executor of the estate of KIM SERKES;
   MARIAN BLACKWELL-STRATTON
8

9  EUGENE B. ELLIOT, Esq. (SBN 111475)
   BERTRAND, FOX & ELLIOT
10 2749 Hyde Street
   San Francisco, CA 94109
11 Telephone:    415/353-0999
   Facsimile:    415/353-0990
12
   Attorneys for Defendant
13 CITY OF RICHMOND

14              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
15
   KIM SERKES; MARY LOU BRESLIN          Case No.  C12-02976 EDL
16 as executor of the estate of KIM SERKES;
   MARIAN BLACKWELL-STRATTON,            Civil Rights
17
        Plaintiff,                       **STIPULATION AND [PROPOSED]**
18                                       **ORDER TO EXTEND THE DISPOSITIVE**
   v.                                    **MOTION FILING DEADLINE TO**
19                                       **APRIL 14, 2015**
   CITY OF RICHMOND,
20
        Defendant.
21 _____/

22

23       Plaintiffs KIM SERKES, MARY LOU BRESLIN as representative of the estate of KIM

24 SERKES, and MARIAN BLACKWELL-STRATTON, and defendant CITY OF RICHMOND

25 hereby jointly stipulate and request through their attorneys of record that the Court extend

26 deadlines for both parties as set forth below based on the following good cause:

27       1.   Plaintiffs' counsel has been in ill health for the last week, and she is currently in the

28            hospital undergoing diagnostic testing for a health issue which could require immediate

   STIP & [PROPOSED] EXTENDING THE
   DISPOSITIVE MOTION FILING DEADLINE
   Case No. C12-02976 EDL          S:\CASES\RICHMOND PLUNGE\PLEADINGS\Stipulations\2015 04 03 - Stip to extend MSJ deadline.docx

surgery.

2.   The extension will also give the parties an opportunity to resolve a current discovery dispute without the involvement of the Court.

3.   The current litigation schedule set by the Court (Docket No. 51) is as follows:

- Non-expert discovery deadline for defendant: January 23, 2015;
- Non-expert discovery deadline for plaintiff: February 27, 2015
- Initial expert disclosure deadline: February 23, 2015;
- Rebuttal expert disclosure deadline: February 27, 2015;
- Final expert discovery deadline: March 13, 2015;
- Last day to file a dispositive motion: April 7, 2015;
- Last day for hearing dispositive motions: May 12, 2015.
- Jury trial:  July 20, 2015

**THEREFORE,** the parties jointly stipulate and request:

1.   The date to file dispositive motions shall be extended to April 14, 2015, instead of April 7, 2015.

2.   The last day for hearing dispositive motions shall be moved at the Court's discretion.

Dated:  April 3, 2015                    LAW OFFICES OF PAUL L. REIN


                                         _____*/s/ Celia McGuinness*_____
                                         By CELIA MCGUINNESS
                                         Attorneys for Plaintiffs KIM SERKES; MARY LOU
                                         BRESLIN AS REPRESENTATIVE OF THE
                                         ESTATE OF KIM SERKES; MARIAN
                                         BLACKWELL-STRATTON



Dated:  April 3, 2015                    BERTRAND, FOX & ELLIOT


                                         _____*/s/ Eugene B. Elliot*_____
                                         By EUGENE B. ELLIOT
                                         Attorneys for Defendant
                                         CITY OF RICHMOND

STIP & [PROPOSED] EXTENDING THE
DISPOSTIVE MOTION FILING DEADLINE
Case No. C12-02976 EDL                    S:\CASES\RICHMOND PLUNGE\PLEADINGS\Stipulations\2015 04 03 - Stip to extend MSJ deadline.docx

**ORDER**

GOOD CAUSE BEING SHOWN, it is so ORDERED.  The last day to file dispositive

motions as to both parties shall be extended to _____April 14___, 2015, and the last day for hearing

dispositive motions shall be _____May 19__, 2015.

Dated: April _3_, 2015                                    _____

MAGISTRATE JUDGE ELIZABETH D. LAPORTE

STIP & [PROPOSED] EXTENDING THE
DISPOSTIVE MOTION FILING DEADLINE
Case No. C12-02976 EDL

S:\CASES\RICHMOND PLUNGE\PLEADINGS\Stipulations\2015 04 03 - Stip to extend MSJ deadline.docx

# **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on April 4, 2015, I, Celia McGuinness, attorney with The Law Office of Paul L. Rein, received the concurrence of Eugene Elliot in the filing of this document.

*/s/ Celia McGuinness*
Celia McGuinness

STIP & [PROPOSED] EXTENDING THE
DISPOSTIVE MOTION FILING DEADLINE
Case No. C12-02976 EDL

S:\CASES\RICHMOND PLUNGE\PLEADINGS\Stipulations\2015 04 03 - Stip to extend MSJ deadline.docx