UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LOU BRESLIN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF RICHMOND,<br><br>　　　　Defendant. | Case No.  12-cv-02976-EDL<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

   This matter is hereby REFERRED to Magistrate Judge Donna M. Ryu for a settlement conference to take place on April 19, 2016.  The parties will be advised of the time and place of the settlement conference by notice from Magistrate Judge Ryu.

   **IT IS SO ORDERED.**

Dated: April 6, 2016



ELIZABETH D. LAPORTE
United States Magistrate Judge