PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone:   510/832-5001
Facsimile:    510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiffs
KIM SERKES; MARY LOU BRESLIN
as executor of the estate of KIM SERKES;
MARIAN BLACKWELL-STRATTON

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM SERKES; MARY LOU BRESLIN as executor of the estate of KIM SERKES; MARIAN BLACKWELL-STRATTON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND; DOES 1 through 10, Inclusive,<br><br>Defendants.<br>_____/ | CASE NO. C12-2976 EDL<br>Civil Rights<br><br>[PROPOSED] ORDER EXCUSING PLAINTIFFS FROM ATTENDING JUNE 10, 2016, SETTLEMENT CONFERENCE<br><br>(AS MODIFIED) |

For Good Cause shown, Plaintiffs MARY LOU BRESLIN as executor of the estate of KIM SERKES and MARIAN BLACKWELL-STRATTON are excused from attending the Settlement Conference scheduled for June 10, 2016.

If the Court concludes that the absence of Plaintiffs is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Plaintiffs.

IT IS SO ORDERED.

Dated April 25, 2016

_____
Magistrate Judge Donna M. Ryu

*IT IS SO ORDERED AS MODIFIED*
*/s/ Donna M. Ryu*
*Judge Donna M. Ryu*

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

[PROPOSED] ORDER EXCUSING PLAINTIFFS FROM
ATTENDING JUNE 10, 2016, SETTLEMENT CONFERENCE
CASE NO. C12-2976 EDL         -1-         S:\CASES\RICHMOND PLUNGE\SETTLEMENT\proposed order on excusing plaintiffs.wpd